| | |
|---|---|
| 1 | Michael C. Barnhill (Bar No. 329621) |
| 2 | E-Mail:  mcbarnhill@michaelbest.com |
|   | MICHAEL BEST & FRIEDRICH, LLP |
| 3 | 2750 E. Cottonwood Parkway, Suite 560 |
|   | Cottonwood Heights, Utah 84020 |
| 4 | Telephone:     (801) 833-0500 |
|   | Facsimile:      (801) 931-2500 |
| 5 | |
| 6 | Attorneys for Defendant Activate Financial, LLC |

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELONDIA V. JONES, | Case No.:  20-cv-1360 BEN BGS |
| Plaintiff, | **DEFENDANT ACTIVATE FINANCIAL, LLC'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS; MEMORANDUM OF POINTS AND AUTHORITIES** |
| v. | |
| ACTIVATE FINANCIAL, LLC, | |
| Defendant. | Judge Roger T. Benitez |
| | Date: October 12, 2020 |
| | Time: 10:30 am |
| | Courtroom: 5A |

**TO PLAINTIFF:**

PLEASE TAKE NOTICE that on October 12, 2020 at 10:30, or as soon thereafter as the matter may be heard in Courtroom 14A of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, Defendant Activate Financial, LLC ("Defendant" or "Activate"), will move, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for an order dismissing all causes of action in the Complaint [Docket No. 1] (the "Complaint") filed by Plaintiff Telondia V. Jones ("Plaintiff").

The grounds for this motion are as follows:

1. Plaintiff failed to state a claim because attempting to collect a debt when the statute of limitations allegedly ran without including certain disclosures is not a violation of the Fair Debt Collection Practices Act (the "FDCPA").

Respectfully submitted,

                              MICHAEL BEST & FRIEDRICH, LLP

Dated: August 25, 2020         By: /s/Michael C. Barnhill
                                     Attorneys for Defendant