UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELONDIA V. JONES,<br><br>                            Plaintiff,<br><br>v.<br><br>ACTIVATE FINANCIAL, LLC,<br><br>                            Defendant. | Case No.:  20-cv-1360 BEN (BGS)<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>[ECF 13] |

      On October 6, 2020, Plaintiff Telondia Jones filed a Notice of Settlement indicating the parties have reached a settlement.  (ECF 13.)  The Notice indicates the parties expect to dismiss the case within 60 days and requests the court stay all proceedings and retain jurisdiction for matters related to completing and enforcing the settlement.[1]  (*Id.*)  The Notice does not include the electronic signature of Defendant's counsel.  (*Id.*)

      The Court's Order setting the upcoming ENE indicates that if the parties settle prior to the ENE but are not able to file a joint motion to dismiss, they must file a Joint Notice of Settlement containing the electronic signatures of counsel for all settling

---

[1] The undersigned's acknowledgment of Plaintiff's Notice of Settlement is not approving retention of jurisdiction to enforce the settlement beyond dismissal of the case.

1

parties.  (ECF 5 ¶ 7.B.)  Accordingly, the parties must file a Joint Notice of Settlement by October 9. 2020.

**IT IS SO ORDERED.**

Dated:  October 6, 2020

_____
Hon. Bernard G. Skomal
United States Magistrate Judge